JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-1-11

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

ENTERED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. MORRIS, | Case No. EDCV 11-1857-PA (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| BOARD OF PRISON HEARINGS, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 30, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1